UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
ROBERT L. GARBER, Derivatively on Behalf
of LEHMAN BROTHERS HOLDINGS, INC.,

         Plaintiff,

      v.         Case No.: 07-CV-02990 (DAB/HBP)

RICHARD S. FULD, JR., MICHAEL L.
AINSLIE, JOHN F. AKERS, ROGER S.
BERLIND, THOMAS H. CRUIKSHANK,
MARSHA JOHNSON EVANS, SIR
CHRISTOPHER GENT, JOHN L. CECIL,
ROLAND A. HERNANDEZ, JOHN D.
MACOMBER, DINA MERRILL, JONATHAN
BEYMAN, DAVID GOLDFARB, JOSEPH M.
GREGORY, JEREMY M. ISAACS,
CHRISTOPHER O'MEARA, THOMAS A.
RUSSO, BRADLEY H. JACK, HENRY
KAUFMAN, STEPHEN M. LESSING,
MICHAEL F. MCKEEVER, JEFFREY
VANDERBEEK,

         Defendants,

    - and -

LEHMAN BROTHERS HOLDINGS, INC.,

         Nominal Defendant.
---------------------------------------------------------------x

## DISCLOSURE STATEMENT PURSUANT TO
## FEDERAL RULE OF CIVIL PROCEDURE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for Nominal Defendant Lehman Brothers Holdings, Inc. ("Lehman") certifies as follows:

  1.  Lehman does not have a parent company.

2.    No publicly-held corporation directly or indirectly controls 10% or more of Lehman's stock.

Dated: May 1, 2007

SIMPSON THACHER & BARTLETT LLP

By: /s/ Michael J. Chepiga

Michael J. Chepiga (MC-4168)
James G. Gamble (JG-6286)
Eric M. Albert (EA-7169)

425 Lexington Avenue
New York, New York 10017-3954
Telephone: (212) 455-2000
Facsimile: (212) 455-2502

*Attorneys for Nominal Defendant
Lehman Brothers Holdings, Inc.*
