UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

ROBERT L. GARBER, Derivatively on Behalf
of LEHMAN BROTHERS HOLDINGS, INC.,

                         Plaintiff,

    -against-

RICHARD S. FULD, JR., MICHAEL AINSLIE, JOHN
F. AKERS, ROGER S. BERLIND, THOMAS H.
CRUIKSHANK, MARSHA JOHNSON EVANS, SIR
CHRISTOPHER GENT, JOHN L. CECIL, ROLAND
A. HERNANDEZ, JOHN D. MACOMBER, DINA
MERRILL, JONATHAN BEYMAN, DAVID
GOLDFARB, JOSEPH M. GREGORY, JEREMY M.
ISAACS, CHRISTOPHER O'MEARA, THOMAS A.
RUSSO, BRADLEY H. JACK, HENRY KAUFMAN,
STEPHEN M. LESSING, MICHAEL F. MCKEEVER,
JEFFREY VANDERBEEK,

                         Defendants.

    -and-

LEHMAN BROTHERS HOLDINGS, INC.,

                         Nominal Defendant.

-------------------------------------------------------------------x

: Case No.: 07-CV-02990 (DAB/HBP)

**CERTIFICATE OF SERVICE**

## CERTIFICATE OF SERVICE

I, Peter Hartofilis, hereby certify under the penalty of perjury that on May 1, 2007, I personally served a true and correct copy of the attached:

**- DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1.**

By First Class Mail upon:

Geoffrey M. Johnson
Scott & Scott, LLP
33 River Street
Chagrin Falls, OH 10004

Beth Ann Kaswan
Scott & Scott, LLP
75 Rockefellar Plaza
19th Floor
Suite 1915
New York, NY 10119

Dated: New York, New York
May 1, 2007

Peter F. Hartofilis