```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
ROBERT L. GARBER, Derivatively on Behalf
of LEHMAN BROTHERS HOLDINGS, INC.,

                Plaintiff,
                                          07 Civ. 2990 (DAB)
        -against-                              ORDER

RICHARD S. FULD, JR., MICHAEL L. AINSILE,
JOHN F. AKERS, ROGER S. BERLIND, THOMAS
H. CRUIKSHANK, MARSHA JOHNSON EVANS, SIR
CHRISTOPHER GENT, JOHN L. CECIL, ROLAND
A. HERNANDEZ, JOHN D. MACOMBER, DINA
MERRILL, JONATHAN BEYMAN, DAVID GOLDFARB,
JOSEPH M. GREGORY, JEREMY M. ISAACS,
CHRISTOPHER O'MEARA, THOMAS A. RUSSO,
BRADLEY H. JACK, HENRY KAUFMAN, STEPHEN
M. LESSING, MICHAEL F. MCKEEVER, JEFFREY
VANDERBEEK,
                Individual Defendants,

        -and-

LEHMAN BROTHERS HOLDINGS, INC.,

                Nominal Defendant.
----------------------------------------X
```



DEBORAH A. BATTS, United States District Judge.

The Court is in receipt of the parties' Stipulation and Proposed Order dated June 6, 2007, wherein Nominal Defendant Lehman Brothers Holdings, Inc. requests an extension until July 18, 2007 to move for dismissal of the Complaint. The Individual Defendants request an extension until November 30, 2007 to answer or otherwise respond to the Complaint. The Stipulation and Proposed Order further seeks permission for Individual Defendants

to apply for additional extensions while Lehman Brothers Holding, Inc.'s proposed Motion to Dismiss is sub judice.

This Court hereby GRANTS Nominal Defendant Lehman Brothers Holdings, Inc. until July 18, 2007 to respond to the Complaint. Individual Defendants, however, shall also answer or otherwise respond to the Complaint on or before July 18, 2007.

SO ORDERED.

Dated:   New York, New York
         June 8, 2007

*Deborah A. Batts*
―――――――――――――――――――
Deborah A. Batts
United States District Judge