```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
ROBERT L. GARBER, Derivatively on Behalf
of LEHMAN BROTHERS HOLDINGS, INC.,

              Plaintiff,
                                              07 Civ. 2990 (DAB)
     -against-

RICHARD S. FULD, JR., MICHAEL L. AINSILE,
JOHN F. AKERS, ROGER S. BERLIND, THOMAS
H. CRUIKSHANK, MARSHA JOHNSON EVANS, SIR
CHRISTOPHER GENT, JOHN L. CECIL, ROLAND       ORDER
A. HERNANDEZ, JOHN D. MACOMBER, DINA
MERRILL, JONATHAN BEYMAN, DAVID GOLDFARB,
JOSEPH M. GREGORY, JEREMY M. ISAACS,
CHRISTOPHER O'MEARA, THOMAS A. RUSSO,
BRADLEY H. JACK, HENRY KAUFMAN, STEPHEN
M. LESSING, MICHAEL F. MCKEEVER, JEFFREY
VANDERBEEK,

              Individual Defendants,

     -and-

LEHMAN BROTHERS HOLDINGS, INC.,

              Nominal Defendant.
------------------------------------------X
DORIS STAEHR, Derivatively on Behalf
of LEHMAN BROTHERS HOLDINGS, INC.,

              Plaintiff,
                                              07 Civ. 3562 (DAB)
     -against-

RICHARD S. FULD, JR., JOSEPH M.
GREGORY, THOMAS A. RUSSO, DAVID GOLDFARB,
STEPHEN M. LESSING, JEREMY M. ISAACS,
CHRISTOPHER M. O'MEARA, JEFFREY A.
WELIKSON, HENRY KAUFMAN, ROGER S.
BERLIND, JOHN D. MACOMBER, MICHAEL L.
AINSILE, JOHN F. AKERS, THOMAS H.
CRUIKSHANK, CHRISTOPHER G. GENT, MARSHA
```



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/10/07

```
J. EVANS, BRADLEY H. JACK, JEFFREY
VANDERBEEK, MICHAEL F. MCKEEVER,
JOHN L. CECIL, CHARLES B. HINTZ,
ROBERT MATZA, JENNIFER MARRE, DINA
MERRILL, and HIDEICHIRO KOBAYASHI,

               Individual Defendants,

       -and-

LEHMAN BROTHERS HOLDINGS, INC., a
Delaware Corporation,

               Nominal Defendant.
------------------------------------X
LOCALS 302 & 612 OF THE INTERNATIONAL
UNION OF OPERATING ENGINEERS-EMPLOYERS
CONSTRUCTION INDUSTRY RETIREMENT TRUST,
Derivatively on Behalf of LEHMAN
BROTHERS HOLDINGS, INC.,

               Plaintiff,
                                          07 Civ. 3950 (DAB)
       -against-

RICHARD S. FULD, JR., JOSEPH M.
GREGORY, CHRISTOPHER M. O'MEARA,
THOMAS A. RUSSO, JEREMY M. ISAACS, DAVID
GOLDFARB, BRADLEY H. JACK, JEFFREY
VANDERBEEK, JONATHAN E. BEYMAN, MICHAEL
L. AINSILE, JOHN F. AKERS, ROGER S.
BERLIND, THOMAS H. CRUIKSHANK, MARSHA
JOHNSON EVANS,  SIR CHRISTOPHER GENT,
ROLAND A. HERNANDEZ, HENRY KAUFMAN,
JOHN D. MACOMBER, and DINA MERRILL,

               Individual Defendants,

       -and-

LEHMAN BROTHERS HOLDINGS, INC., a
Delaware Corporation,

               Nominal Defendant.
------------------------------------X
```

DEBORAH A. BATTS, United States District Judge.

The Court is in receipt of Defendants' letter dated June 27, 2007, Plaintiff Garber's letter dated July 6, 2007, and Plaintiff Locals 302 & 612's letter dated July 9, 2007. Plaintiffs' requests to move for consolidation and for appointment of Lead Counsel is hereby GRANTED.

As of this date, Plaintiff Staehr has not yet served her Complaint. Once service of all three Complaints has been completed, Defendants in all actions shall have thirty days to move against or answer each Complaint.

SO ORDERED.

Dated:   New York, New York
         July 10, 2007

                                    _____
                                         Deborah A. Batts
                                    United States District Judge