UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT L. GARBER, Derivatively on Behalf of LEHMAN BROTHERS HOLDINGS INC., <br><br> Plaintiff, <br><br> vs. <br><br> RICHARD S. FULD, JR., et al., <br><br> Defendants, <br><br> – and – <br><br> LEHMAN BROTHERS HOLDINGS INC., <br><br> Nominal Defendant. | Civil Action No. 07-CV-2990 (DAB) <br><br> NOTICE OF MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND FOR APPROVAL OF SELECTION OF LEAD COUNSEL |

[Caption continued on following page.]

| | |
|---|---|
| DORIS STAEHR, Derivatively on Behalf of LEHMAN BROTHERS HOLDINGS INC., | Civil Action No. 07-CV-3562 (DAB) |
| Plaintiff, | |
| vs. | |
| RICHARD S. FULD, JR., et al., | |
| Defendants, | |
| – and – | |
| LEHMAN BROTHERS HOLDINGS INC., a Delaware corporation, | |
| Nominal Defendant. | |
| LOCALS 302 & 612 OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS-EMPLOYERS CONSTRUCTION INDUSTRY RETIREMENT TRUST, Derivatively on Behalf of LEHMAN BROTHERS HOLDINGS INC., | Civil Action No. 07-CV-3950 (DAB) |
| Plaintiff, | |
| vs. | |
| RICHARD S. FULD, JR., et al., | |
| Defendants, | |
| – and – | |
| LEHMAN BROTHERS HOLDINGS INC., a Delaware corporation, | |
| Nominal Defendant. | |

PLEASE TAKE NOTICE that Institutional Investor Locals 302 and 612 of the International Union of Operating Engineers-Employers Construction Industry Retirement Trust will hereby move this Court, on a date and at such time as may be designated by the Court, for an Order (attached hereto as Exhibit A): (i) consolidating the Actions; (ii) appointing Locals 302 and 612 of the International Union of Operating Engineers-Employers Construction Industry Retirement Trust as Lead Plaintiff; (iii) approving Locals 302 and 612 of the International Union of Operating Engineers-Employers Construction Industry Retirement Trust's selection of the law firm of Lerach Coughlin Stoia Geller Rudman & Robbins LLP to serve as Lead Counsel; and (iv) granting such other and further relief as the Court may deem just and proper. In support of this Motion, Locals 302 and 612 of the International Union of Operating Engineers-Employers Construction Industry Retirement Trust submits herewith a Memorandum of Law and Declaration of Samuel H. Rudman dated August 1, 2007.

DATED: August 1, 2007

LERACH COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP

/s/ *Samuel H. Rudman*
SAMUEL H. RUDMAN

SAMUEL H. RUDMAN (SR-7957)
DAVID A. ROSENFELD (DR-7564)
MARIO ALBA JR. (MA-7240)
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)

*[Proposed] Lead Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I, Samuel H. Rudman, hereby certify that on August 1, 2007, I caused a true and correct copy of the attached:

>Notice Of Motion For Consolidation, Appointment As Lead Plaintiff And For Approval Of Selection Of Lead Counsel;

>Memorandum In Support Of The Motion Of Locals 302 And 612 Of The International Union Of Operating Engineers-Employers Construction Industry Retirement Trust For Consolidation, Appointment As Lead Plaintiff And For Approval Of Selection Of Lead Counsel; and

>Declaration of Samuel H. Rudman in Support of the Motion of Locals 302 and 612 of the International Union of Operating Engineers-Employers Construction Industry Retirement Trust for Consolidation, Appointment as Lead Plaintiff and for Approval of Selection of Lead Counsel.

to be served: (i) electronically on all counsel registered for electronic service for this case; and (ii) by first-class mail to all additional counsel on the attached service list.

*/s/ Samuel H. Rudman*
Samuel H. Rudman

LEHMAN BROTHERS HOLDINGS SERVICE LIST

Geoffrey M. Johnson, Esq.
Scott & Scott, LLP
33 River Street
Chagrin Falls, OH  44022
Telephone:  440/247-8200
440/247-8275 (fax)

Beth Ann Kaswan, Esq.
Milberg Weiss Bershad & Schulman LLP
One Pennsylvania Plaza
49th Floor
New York, New York  10119
Telephone:  212/594-5300
212/868-1229 (fax)

David R. Scott, Esq.
Scott & Scott, LLC
108 Norwich Avenue
P.O. Box 192
Colchester, CT  06415
Telephone:  860/537-5537
860/537-4432 (fax)

Arshan Amiri, Esq.
Robbins Umeda & Fink, LLP
610 West Ash Street, Suite 1800
San Diego, CA  92101
Telephone:  619/525-3990
619/525-3990 (fax)

Felipe J. Arroyo, Esq.
Jeffrey P. Fink, Esq.
Brian James Robbins, Esq.
Robbins Umeda & Fink, LLP
610 West Ash Street, Suite 1800
San Diego, CA  92101
Telephone:  619/525-3990
619/525-3991 (fax)

Thomas G. Amon, Esq.
Law Offices of Thomas G. Amon
500 Fifth Avenue, Suite 1650
New York, NY  10110
Telephone:  212/810-2430
212/810-2427 (fax)

Samuel H. Rudman, Esq.
David A. Rosenfeld, Esq.
Mario Alba Jr., Esq.
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)

Michael J. Chepiga, Esq.
James G. Gamble, Esq.
Eric M. Albert, Esq.
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY  10017
Telephone:  212/455-2000
212/455-2502 (fax)