AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN _____ DISTRICT OF _____ NEW YORK

Robert L. Garber, Derivatively on
Behalf of Lehman Brothers Holdings
Inc.
              Plaintiff,
       vs.
Richard S. Fuld, Jr., et al.,
            Defendants,
       and
Lehman Brothers Holdings Inc.,
         Nominal Defendant

**APPEARANCE**

Case Number: 1:07-cv-02990-DAB

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Robert L. Garber,
Derivatively on behalf of Lehman Brothers Holdings, Inc.,

    Plaintiff

I certify that I am admitted to practice in this court.

_8/6/07_
Date

_[signature]_
Signature

David R. Scott          DS 8053
Print Name                   Bar Number

Scott + Scott, LLP, 108 Norwich Ave., P.O. Box 192
Address

Colchester      CT      06415
City            State       Zip Code

(860) 537-5537      (860) 537-4432
Phone Number           Fax Number

## Certificate of Service

I hereby certify that on August 6, 2007, a copy of the foregoing Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                        /s/ David R. Scott
David R. Scott
Scott + Scott LLP
P.O. Box 192
108 Norwich Avenue
Colchester, CT  06415
P: (860) 537-5537
F: (860) 537-4432
drscott@scott-scott.com