AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

Robert L. Garber, Derivatively on Behalf of Lehman Brothers Holdings Inc.
          Plaintiff,
     vs.
Richard S. Fuld, Jr., et al.,
          Defendants,
     and
Lehman Brothers Holdings Inc.,
          Nominal Defendant

**APPEARANCE**

Case Number: 1:07-cv-02990-DAB

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Robert L. Garber,
Derivatively on behalf of Lehman Brothers Holdings, Inc.,

Plaintiff

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 8/10/2007 | /s/ Beth A. Kaswan |
| Date | Signature |
| | Beth A. Kaswan — BK-0264 |
| | Print Name / Bar Number |
| | Scott + Scott, LLP, 75 Rockefeller Plaza, Suite 1915 |
| | Address |
| | New York, NY 10019 |
| | City / State / Zip Code |
| | (212) 710-1040 / (212) 710-1041 |
| | Phone Number / Fax Number |