UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------x    :
ROBERT L. GARBER, Derivatively on Behalf                    :
of LEHMAN BROTHERS HOLDINGS, INC.,                          :
                                                            :
                              Plaintiff,                    :
                                                            :
                  v.                                        :    Case No.:  07-CV-02990 (DAB)
                                                            :
RICHARD S. FULD, JR., MICHAEL L.                            :
AINSLIE, JOHN F. AKERS, ROGER S.                            :
BERLIND, THOMAS H. CRUIKSHANK,                              :
MARSHA JOHNSON EVANS, SIR                                   :
CHRISTOPHER GENT, JOHN L. CECIL,                            :
ROLAND A. HERNANDEZ, JOHN D.                                :
MACOMBER, DINA MERRILL, JONATHAN                            :
BEYMAN, DAVID GOLDFARB, JOSEPH M.                           :
GREGORY, JEREMY M. ISAACS,                                  :
CHRISTOPHER O'MEARA, THOMAS A.                              :
RUSSO, BRADLEY H. JACK, HENRY                               :
KAUFMAN, STEPHEN M. LESSING,                                :
MICHAEL F. MCKEEVER, JEFFREY                                :
VANDERBEEK,                                                 :
                                                            :
                              Defendants,                   :
                                                            :
                - and -                                     :
                                                            :
LEHMAN BROTHERS HOLDINGS, INC.,                             :
                                                            :
                              Nominal Defendant.            :
------------------------------------------------------------x    :
```

**[PROPOSED] ORDER ON MOTION FOR INTERVENTION**

Having considered the motion by Saginaw Police & Fire Pension Board for

Intervention, the memorandum in support thereof, and the Declaration of David R. Scott,

Esq., this Court deems there is good cause to enter an Order stating that Saginaw Police & Fire Pension Board is hereby a named plaintiff in this case.

IT IS SO ORDERED

Dated: _____     _____
                                    THE HONORABLE DEBORAH A.
                                    BATTS, UNITED STATES DISTRICT
                                    JUDGE