UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x  :
ROBERT L. GARBER, Derivatively on Behalf      :
of LEHMAN BROTHERS HOLDINGS, INC.,            :
                                              :
                              Plaintiff,      :
                                              :
                    v.                        :   Case No.: 07-CV-02990 (DAB)
                                              :
RICHARD S. FULD, JR., MICHAEL L.              :
AINSLIE, JOHN F. AKERS, ROGER S.              :
BERLIND, THOMAS H. CRUIKSHANK,                :
MARSHA JOHNSON EVANS, SIR                     :
CHRISTOPHER GENT, JOHN L. CECIL,              :
ROLAND A. HERNANDEZ, JOHN D.                  :
MACOMBER, DINA MERRILL, JONATHAN              :
BEYMAN, DAVID GOLDFARB, JOSEPH M.             :
GREGORY, JEREMY M. ISAACS,                    :
CHRISTOPHER O'MEARA, THOMAS A.                :
RUSSO, BRADLEY H. JACK, HENRY                 :
KAUFMAN, STEPHEN M. LESSING,                  :
MICHAEL F. MCKEEVER, JEFFREY                  :
VANDERBEEK,                                   :
                                              :
                              Defendants,     :
                                              :
                    - and -                   :
                                              :
LEHMAN BROTHERS HOLDINGS, INC.,               :
                                              :
                         Nominal Defendant.   :
------------------------------------------------------------x  :

**[PROPOSED] ORDER ON THE MOTION FOR SELECTION AS LEAD
PLAINTIFFS AND APPROVAL OF LEAD COUNSEL**

Having considered the motion by Robert L. Garber and Saginaw Police & Fire

Pension Board for Selection as Lead Plaintiffs and Approval of Lead Counsel, the

memorandum in support thereof, and the Declaration of David R. Scott, Esq., this Court deems there is good cause to enter an Order stating that:

1) Robert L. Garber and Saginaw Police & Fire Pension Board are hereby named lead plaintiffs in this case; and

2) Scott + Scott LLP and Robins, Umeda and Fink LLP are hereby approved as co-lead derivative counsel.

IT IS SO ORDERED

Dated: _____    _____
THE HONORABLE DEBORAH A. BATTS, UNITED STATES DISTRICT JUDGE