## CERTIFICATE OF SERVICE

I, Karli Johnsen, hereby certify under the penalty of perjury that on August 15, 2007, I served a true and correct copy of the attached:

- **DEFENDANTS' MEMORANDUM OF LAW IN RESPONSE TO MOTIONS OF PLAINTIFF LOCALS 302 & 612 OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS-EMPLOYERS CONSTRUCTION INDUSTRY RETIREMENT TRUST AND OF PLAINTIFF ROBERT L. GARBER AND PROSPECTIVE PLAINTIFF SAGINAW POLICE & FIRE PENSION BOARD**
- **AFFIRMATION OF ERIC M. ALBERT**

upon:  Beth Ann Kaswan, Esq.
SCOTT + SCOTT, LLP
75 Rockefeller Plaza
19th Floor, Suite 1915
New York, New York 10019

David R. Scott, Esq.
SCOTT + SCOTT, LLP
108 Norwich Avenue
P.O. Box 192
Colchester, Connecticut 06415

Geoffrey M. Johnson, Esq.
SCOTT + SCOTT, LLP
33 River Street
Chagrin Falls, Ohio 44022

Samuel H. Rudman, Esq.
David A. Rosenfeld, Esq.
Mario Alba Jr., Esq.
LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
58 South Service Road, Suite 200
Melville, New York 17747

Brian James Robbins, Esq.
Jeffrey P. Fink, Esq.
Felipe J. Arroyo, Esq.
Arshan Amiri, Esq.
ROBBINS UMEDA & FINK, LLP
610 West Ash Street, Suite 1800
San Diego, California 92101

Thomas G. Amon, Esq.
LAW OFFICES OF THOMAS G. AMON
500 Fifth Avenue, Suite 1650
New York, New York 10110

by tendering a true copy of the same in a properly addressed envelope to Federal Express for one-day overnight delivery service.

Dated:  New York, New York

August 15, 2007

*Karli Johnsen*

Karli Johnsen