SCANNED

22

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK (Foley Square)





|  |  |
|---|---|
| ROBERT L. GARBER, Derivatively on Behalf ) <br> Of Lehman Brothers Holdings, Inc.  ) <br>  ) <br> v.  ) <br>  ) <br> RICHARD S. FULD, JR., et al.  ) <br> and  ) <br> LEHMAN BROTHERS HOLDINGS, INC.  ) <br>  ) | 07-cv-2990 (DAB) <br><br><br><br> **MOTION TO ADMIT COUNSEL** <br><br> **PRO HAC VICE** |

Pursuant to Rule 1.3© of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, David R. Scott, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of:

**Applicant's Name:**   Amanda F. Lawrence

**Firm Name:**   Scott + Scott, LLP

**Address:**   108 Norwich Ave.
P.O. Box 192
Colchester, CT 06415

**Phone:**   (860) 537-5537

**Fax:**   (860) 537-4432

Amanda F. Lawrence is a member in good standing of the Bar of the State of Connecticut. There are no pending disciplinary proceedings against Amanda F. Lawrence in any State or Federal court.

Dated: August 14, 2007

Respectfully Submitted,

_____
David R. Scott
SDNY Bar No. DS 8053
SCOTT + SCOTT, LLP
108 Norwich Avenue
P.O. Box 192
Colchester, CT 06415
P: (860) 537-5537
F: (860) 537-4432
drscott@scott-scott.com

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing was sent on August 14, 2007, via U.S. Mail First Class, postage prepaid, to the following:

Simpson Thacher & Bartlett, LLP
Michael J. Chepiga
James G. Gamble
Eric M. Albert
425 Lexington Avenue
New York, NY 10017

Mario Alba, Jr
Lerach, Coughlin, Stoia, Geller, Rudman & Robbins, LLP(LIs)
58 South Service Road
Suite 200
Melville, NY 11747

_____
David R. Scott

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK (Foley Square)

| | |
|---|---|
| ROBERT L. GARBER, Derivatively on Behalf Of Lehman Brothers Holdings, Inc. ) ) ) ) v. ) RICHARD S. FULD, JR., et al. ) ) And ) ) LEHMAN BROTHERS HOLDINGS, INC. ) ) | 07-cv-2990 (DAB) **AFFIDAVIT OF DAVID R. SCOTT IN SUPPORT OF MOTION TO ADMIT COUNEL PRO HAC VICE** |

I, David R. Scott, being duly sworn, hereby deposes and says as follows:

1.  I am an partner of Scott + Scott, LLP, counsel for Plaintiff in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set further herein and in support of Plaintiff's motion to admit Amanda F. Lawrence, as counsel pro hac vice to represent Plaintiff in this matter.

2.  I am a member in good standing of the bar of the State of Connecticut, and am admitted to practice law in Connecticut. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3.  I have known Amanda Lawrence since 2006.

4.  Ms. Lawrence is an associate of Scott + Scott, LLP in Colchester, Connecticut.

5.  I have found Ms. Lawrence to be a skilled attorney and a person of integrity. She is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6.  Accordingly, I am pleased to move the admission of Amanda F. Lawrence, *pro hac vice*, which is attached hereto as Exhibit A.

WHEREFORE, it is respectfully requested that the motion to admit Amanda F. Lawrence, *pro hac, vice*, to represent Plaintiff in the above captioned matter, be granted.

Dated: August 14, 2007                                Respectfully Submitted,

 

*[signature]*
David R. Scott
SDNY Bar No. DS 8053
SCOTT + SCOTT, LLP
108 Norwich Avenue
P.O. Box 192
Colchester, CT 06415
P: (860) 537-5537
F: (860) 537-4432
drscott@scott-scott.com

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing was sent on August 14, 2007, via U.S. Mail First Class, postage prepaid, to the following:

Simpson Thacher & Bartlett, LLP
Michael J. Chepiga
James G. Gamble
Eric M. Albert
425 Lexington Avenue
New York, NY 10017

Mario Alba, Jr
Lerach, Coughlin, Stoia, Geller, Rudman & Robbins, LLP(LIs)
58 South Service Road
Suite 200
Melville, NY 11747

_____
David R. Scott



# State of Connecticut
## Supreme Court

I, **Michéle T. Angers**, Chief Clerk of the Supreme Court of the State of Connecticut and keeper of the Seal thereof,

Do hereby certify that, in the Superior Court at **Tolland**, on the **twentieth** day of **December** **2004**,

**Amanda Frances Lawrence**

of

**Mansfield Center, Connecticut**

having been examined and found duly qualified, was sworn as an attorney and admitted to practice before all the courts of this state, and that said attorney is a member in good standing of the Bar of this State pursuant to Practice Book §2-65.

In Testimony Whereof, I have hereunto set my hand and affix the Seal of the Supreme Court of the State of Connecticut, at Hartford, this **third** day of **August**, 20**07**.

Michéle T. Angers
Chief Clerk



IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK (Foley Square)

| | |
|---|---|
| ROBERT L. GARBER, Derivatively on Behalf Of Lehman Brothers Holdings, Inc.<br><br>v.<br><br>RICHARD S. FULD, JR., et al.<br>And<br>LEHMAN BROTHERS HOLDINGS, INC. | 07-cv-2990 (DAB)<br><br>**ORDER FOR ADMISSION**<br>**PRO HAC VICE**<br>**ON WRITTEN MOTION** |

Upon the motion of David R. Scott, attorney for Plaintiff and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that:

Amanda F. Lawrence
Scott + Scott, LLP
108 Norwich Avenue
P.O. Box 192
Colchester, CT 06415
P: (860) 537-5537
F: (860) 537-4432
alawrence@scott-scott.com

is admitted to practice pro hac vice as counsel for Plaintiff in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: _____          _____
                                                                    United States District/Magistrate Judge