**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK (Foley Square)**

| | |
|---|---|
| ROBERT L. GARBER, Derivatively on Behalf Of Lehman Brothers Holdings, Inc. ) | 07-cv-2990 (DAB) |
| ) | |
| v. ) | **ORDER FOR ADMISSION** |
| ) | **PRO HAC VICE** |
| RICHARD S. FULD, JR., et al. ) | **ON WRITTEN MOTION** |
| And ) | |
| LEHMAN BROTHERS HOLDINGS, INC. ) | |

Upon the motion of David R. Scott, attorney for Plaintiff and said sponsor attorney's affidavit in

support;

**IT IS HEREBY ORDERED** that:

Amanda F. Lawrence
Scott + Scott, LLP
108 Norwich Avenue
P.O. Box 192
Colchester, CT 06415
P: (860) 537-5537
F: (860) 537-4432
alawrence@scott-scott.com

is admitted to practice pro hac vice as counsel for Plaintiff in the above captioned case in the

United States District Court for the Southern District of New York.  All attorneys appearing

before this Court are subject to the Local Rules of this Court, including the Rules governing

discipline of attorneys.  If this action is assigned to the Electronic Case Filing (ECF) system,

counsel shall immediately apply for an ECF password at nysd.uscourts.gov.  Counsel shall

forward the pro hac vice fee to the Clerk of the Court.

Dated: _Sept. 5, 2007_

_____
United States District/Magistrate Judge