```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
DORIS STAEHR, Derivatively on Behalf
of LEHMAN BROTHERS HOLDINGS INC.,

                    Plaintiff,
                                              07 Civ. 3562 (DAB)
          -against-                           ORDER

RICHARD S. FULD, JR., JOSEPH M.               (Also docket in:
GREGORY, THOMAS A. RUSSO, DAVID GOLDFARB,     07 Civ. 2990 (DAB))
STEPHEN M. LESSING, JEREMY M. ISAACS,
CHRISTOPHER M. O'MEARA, JEFFREY A.
WELIKSON, HENRY KAUFMAN, ROGER S.
BERLIND, JOHN D. MACOMBER, MICHAEL L.
AINSILE,  JOHN F. AKERS, THOMAS H.
CRUIKSHANK, CHRISTOPHER G. GENT,
MARSHA J. EVANS, BRADLEY H. JACK,
JEFFREY VANDERBEEK, MICHAEL F. MCKEEVER,
JOHN L. CECIL, CHARLES B. HINTZ,
ROBERT MATZA, JENNIFER MARRE,
DINA MERRILL, and HIDEICHIRO KOBAYASHI,

                    Defendants,

          -and-

LEHMAN BROTHERS HOLDINGS INC.,

                    Nominal Defendant.
------------------------------------X
```

DEBORAH A. BATTS, United States District Judge.

　　Plaintiff filed her Complaint in this case on May 4, 2007.

On July 10, 2007, this Court ordered:

> As of [July 10, 2007], Plaintiff Staehr has not yet served her Complaint. Once service of all three Complaints [in 07 Civ. 2990 (DAB), 07 Civ. 3562 (DAB), and 07 Civ. 3950 (DAB)] has been completed, Defendants in all actions shall have

1

    thirty days to move against or answer each Complaint.

(Order, Nos. 07 Civ. 2990 (DAB), 07 Civ. 3562 (DAB), and 07 Civ. 3950 (DAB), dated Jul. 10, 2007.). On September 5, 2007, this Court Ordered Plaintiff to show cause why her cause of action against Defendants should not be dismissed. On September 28, 2007, this Court received a letter from Plaintiff demonstrating that all Defendants have now been served, except for Defendant Hideichiro Kobayashi.

    Plaintiff shall within 10 days of the date of this Order, either serve the Complaint against Hideichiro Kobayashi, or shall withdraw the Complaint without prejudice.

    SO ORDERED.

DATED:    New York, New York
            *October 3, 2007*

                                              Deborah A. Batts
                                        United States District Judge