UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
ROBERT L. GARBER, Derivatively on Behalf : Civil Action No. 07-CV-2990 (DAB)
of LEHMAN BROTHERS HOLDINGS INC., :
: NOTICE OF FIRM NAME CHANGE
Plaintiff, :
:
vs. :
:
RICHARD S. FULD, JR., et al., :
:
Defendants, :
:
– and – :
:
LEHMAN BROTHERS HOLDINGS INC., :
:
Nominal Defendant. :
:x

[Caption continued on following page.]

| | |
|---|---|
| DORIS STAEHR, Derivatively on Behalf of LEHMAN BROTHERS HOLDINGS INC., <br><br> Plaintiff, <br><br> vs. <br><br> RICHARD S. FULD, JR., et al., <br><br> Defendants, <br><br> – and – <br><br> LEHMAN BROTHERS HOLDINGS INC., a Delaware corporation, <br><br> Nominal Defendant. | Civil Action No. 07-CV-3562 (DAB) |
| LOCALS 302 & 612 OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS-EMPLOYERS CONSTRUCTION INDUSTRY RETIREMENT TRUST, Derivatively on Behalf of LEHMAN BROTHERS HOLDINGS INC., <br><br> Plaintiff, <br><br> vs. <br><br> RICHARD S. FULD, JR., et al., <br><br> Defendants, <br><br> – and – <br><br> LEHMAN BROTHERS HOLDINGS INC., a Delaware corporation, <br><br> Nominal Defendant. | Civil Action No. 07-CV-3950 (DAB) |

TO:     THE CLERK OF COURT AND ALL PARTIES

PLEASE TAKE NOTICE that the law firm of Lerach Coughlin Stoia Geller Rudman & Robbins LLP has changed its name to COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP.

The addresses, telephone and facsimile numbers will remain the same.  Please update your records accordingly.

DATED:  October 9, 2007                    COUGHLIN STOIA GELLER
      RUDMAN & ROBBINS LLP
SAMUEL H. RUDMAN (SR-7957)
DAVID A. ROSENFELD (DR-7564)


      */s/ David A. Rosenfeld*
DAVID A. ROSENFELD

58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)

- 1 -

## CERTIFICATE OF SERVICE

I, David A. Rosenfeld, hereby certify that on October 9, 2007, I caused a true and correct copy of the attached:

Notice of Firm Name Change

to be served: (i) electronically on all counsel registered for electronic service for this case; and (ii) by first-class mail to any additional counsel.

                                                        */s/ David A. Rosenfeld*
                                                        David A. Rosenfeld

LEHMAN BROTHERS HOLDINGS SERVICE LIST

Geoffrey M. Johnson, Esq.
Scott & Scott, LLP
33 River Street
Chagrin Falls, OH  44022
Telephone: 440/247-8200
440/247-8275 (fax)

Beth Ann Kaswan, Esq.
Milberg Weiss Bershad & Schulman LLP
One Pennsylvania Plaza
49th Floor
New York, New York  10119
Telephone:  212/594-5300
212/868-1229 (fax)

David R. Scott, Esq.
Scott & Scott, LLC
108 Norwich Avenue
P.O. Box 192
Colchester, CT  06415
Telephone:  860/537-5537
860/537-4432 (fax)

Arshan Amiri, Esq.
Robbins Umeda & Fink, LLP
610 West Ash Street, Suite 1800
San Diego, CA  92101
Telephone:  619/525-3990
619/525-3990 (fax)

Felipe J. Arroyo, Esq.
Jeffrey P. Fink, Esq.
Brian James Robbins, Esq.
Robbins Umeda & Fink, LLP
610 West Ash Street, Suite 1800
San Diego, CA  92101
Telephone:  619/525-3990
619/525-3991 (fax)

Thomas G. Amon, Esq.
Law Offices of Thomas G. Amon
500 Fifth Avenue, Suite 1650
New York, NY  10110
Telephone:  212/810-2430
212/810-2427 (fax)

Samuel H. Rudman, Esq.
David A. Rosenfeld, Esq.
Mario Alba Jr., Esq.
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)

Michael J. Chepiga, Esq.
James G. Gamble, Esq.
Eric M. Albert, Esq.
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY  10017
Telephone:  212/455-2000
212/455-2502 (fax)