**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
|   | x |   |
|   | : | Lead Civil Action No. 1:07-cv-02990-DAB |
| IN RE LEHMAN BROTHERS HOLDINGS, | : |   |
| INC. DERIVATIVE LITIGATION | : | NOTICE OF VOLUNTARY DISMISSAL OF |
|   | : | DEFENDANT HIDEICHIRO KOBAYASHI |
|   | : |   |
|   | : |   |
|   | x |   |

TO:   ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE THAT, pursuant to Fed. R. Civ. P. 41(a)(1), plaintiffs hereby request the entry of a voluntary dismissal of defendant Hideichiro Kobayashi from the *Staehr v. Fuld, et al.,* 07 Civ. 3562 action, now consolidated into the above-captioned action, without prejudice and without costs to any party.

| | |
|---|---|
| DATED:  October 12, 2007 | LAW OFFICES OF THOMAS G. AMON<br>THOMAS G. AMON<br><br>            s/ Thomas G. Amon           <br>THOMAS G. AMON<br><br>500 Fifth Avenue, Suite 1650<br>New York, NY 10110<br>Telephone: (212) 810-2431<br>Facsimile:  (212) 810-2427<br><br>Counsel for Plaintiff Doris Staehr<br><br>ROBBINS UMEDA & FINK, LLP<br>BRIAN J. ROBBINS<br>JEFFREY P. FINK<br>FELIPE ARROYO<br>ARSHAN AMIRI<br>610 West Ash Street, Suite 1800<br>San Diego, CA 92101<br>Telephone: (619) 525-3990<br>Facsimile: (619) 525-3990<br><br>Co-Lead Derivative Counsel for Plaintiffs |

- 2 -

## **CERTIFICATE OF SERVICE**

    I hereby certify a true and exact copy of the foregoing has been served on all Filing Users through the Court's Electronic Filing System on this the 12th day of October, 2007.

s/ Thomas G. Amon
Thomas G. Amon
