UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
Robert Garber, Derivatively on Behalf of
Lehman Brothers Holdings Inc.
            Plaintiff,

            1:07CIVIL 02990  (DAB )

     -against-
Richard S. Fuld, Jr. et al., and
Lehman Brothers Holdings Inc.
            Defendant.
------------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

To: Attorney Admission Clerk and All Other Parties

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: __Beth A. Kaswan__

☒ *Attorney*

    ☒ I am a U.S.D.C., Southern District of New York attorney. My Bar Number is:
       BK 0264

    ☐ I am a Pro Hac Vice attorney

    ☐ I am a Government Agency attorney

☒ *Law Firm/Government Agency Association*

    From: Scott + Scott, LLP 75 Rockefeller Plaza New York, NY 10019

    To:   Scott + Scott, LLP (see new address below)

    ☒ I will continue to be counsel of record on the above-entitled case at my new firm/~~agency~~ address.

    ☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____

☒ *Address:*     29 West 57th Street, New York, NY 10019

☒ *Telephone Number:*  (212) 223-6444

☒ *Fax Number:*     (212) 223-6334

☒ *E-Mail Address:*   bkaswan@scott-scott.com

Dated: 11/2/2007                        /s/ [signature]