


November 29, 2007

<u>Via Overnight Mail</u>

Hon. Deborah A. Batts
United States District Court
For the Southern District of New York
United States Courthouse
500 Pearl Street, Room 2510
New York, New York 10007



Re: In re Lehman Brothers Holdings, Inc. Derivative Litig.; Case No. 07-2990

Dear Judge Batts:

    We write pursuant to Rules I.A. and I.E. of Your Honor's Individual Practices to request a two-week extension of time within which to file the Consolidated Complaint in the above-referenced action. The Consolidated Complaint is presently due on December 3, 2007. The requested two-week extension would make the Consolidated Complaint due on December 17, 2007. This is the Lead Plaintiffs' first request for an extension of time for filing the Consolidated Complaint, and Counsel for the Defendants and Nominal Defendant have consented to the requested two-week extension. We seek the two-week extension because we need additional time streamlining the allegations in the three outstanding Complaints into a single, consolidated document and because of delays due to the holidays.

    Defendants and Nominal Defendant still would have 60 days from the filing of the Consolidated Complaint to answer or otherwise respond, as per this Court's October 3, 2007 Order.

    A proposed order extending the due date for the Consolidated Complaint to December 17, 2007 is attached to this letter.

GRANTED /DAB/

**SO ORDERED**

*Deborah A. Batts*

DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE
cc:   Eric M. Albert   Nov/30,2007

Respectfully submitted,

Beth A. Kaswan

ATTORNEYS AT LAW   NEW YORK   SCOTT + SCOTT, LLP   212 223-6444 VOICE
CONNECTICUT   29 WEST 57TH STREET   212 223-6334 FAX
OHIO   NEW YORK, NY 10019   SCOTTLAW@SCOTT-SCOTT.COM
CALIFORNIA   WWW.SCOTT-SCOTT.COM