



17 Dec 07

December 17, 2007

<u>Via Facsimile and Overnight Mail</u>

Hon. Deborah A. Batts
United States District Court
For the Southern District of New York
United States Courthouse
500 Pearl Street, Room 2510
New York, New York 10007

      Re:   *In re Lehman Brothers Holdings, Inc. Derivative Litig.*
             C.A. No. 07-CV-2990 (DAB)

Dear Judge Batts:

    We write pursuant to Rules I.A. and I.E. of Your Honor's Individual Practices to request an extension of time of nine working days, until December 28, 2007, within which to file the Consolidated Complaint in the above-referenced action. The Consolidated Complaint is presently due today. This is the Lead Plaintiffs' second request for an extension of time for filing the Consolidated Complaint, and Counsel for the Defendants and Nominal Defendant has consented to the requested extension. We seek the nine-day extension because we need additional time to obtain documentation to verify the stock holdings of our clients, and because of delays due to the holidays.

GRANTED /DAB/

    Defendants and Nominal Defendant still would have 60 days from the filing of the Consolidated Complaint to answer or otherwise respond, as per this Court's October 3, 2007 Order.

                                      Respectfully submitted,

                                      Beth A. Kaswan

cc:    Eric M. Albert

**SO ORDERED**

*Deborah A. Batts*
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE
17 Dec 07

ATTORNEYS AT LAW    NEW YORK    SCOTT + SCOTT, LLP
                             CONNECTICUT  29 WEST 57TH STREET
                             OHIO            NEW YORK, NY 10019
                             CALIFORNIA
                                                     WWW.SCOTTSCOTT.COM