UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| IN RE LEHMAN BROTHERS HOLDINGS, INC. DERIVATIVE LITIGATION | x : : : : : : : : : : : : x |

07 Civ. 2990 (DAB)

**Electronically Filed**

DEMAND FOR JURY TRIAL

### NOTICE OF MOTION TO JOIN THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL NO. 38 PENSION FUND AS A PLAINTIFF

PLEASE TAKE NOTICE that pursuant to Rule 20(a) of the Federal Rules of Civil Procedure, Lead Plaintiffs Robert L. Garber ("Garber") and Saginaw Police and Fire Pension Board ("Saginaw"), and the International Brotherhood of Electrical Workers Local No. 38 Pension Fund ("IBEW"), will hereby move this court for an Order permitting the joinder of IBEW as an additional plaintiff in this action.

The reasons for joinder are set forth in the supporting memorandum of law filed herewith. The Defendants have consented to this motion.

Dated: December 28, 2007

Respectfully submitted,

SCOTT + SCOTT, LLP

S/ _____
Beth Kaswan (BK 0264)
29 West 57th Street
New York, NY 10019
Telephone: 212/223-6444
Facsimile: 212/223-6334
bkaswan@scott-scott.com

SCOTT + SCOTT, LLP
David R. Scott (DS 8053)
108 Norwich Ave.
P.O. Box 192
Colchester, CT 06415
Telephone: 860/537-5537
Facsimile: 860/537-4432
drscott@scott-scott.com

SCOTT + SCOTT, LLP
Geoffrey Johnson
33 River Street
Chagrin Falls, OH 44022
Telephone: 440/247-8200
Facsimile: 440/247-8275
gjohnson@scott-scott.com

ROBBINS UMEDA & FINK, LLP
Brian J. Robbins
Jeffrey P. Fink
Felipe Arroyo
Arshan Amiri
610 West Ash Street, Suite 1800
San Diego, CA 92101
Telephone: 619/525-3990
Facsimile: 619/525-3991

**Counsel for Plaintiffs and IBEW**