# EXHIBIT B

**Lehman Brothers Holdings, Inc.**
**Stock Option Odds Ratio**

| Number | Grant Date | Number of Trading Days in Month | Rank of Strike Price in Month | Odds Ratio for Grant Date |
|---|---|---|---|---|
| 1 | 1/8/1997 | 22 | 2 | 10 |
| 2 | 12/11/1997 | 22 | 4 | 4.5 |
| 3 | 12/14/1998 | 22 | 1 | 21 |
| 4 | 12/1/1999 | 22 | 1 | 21 |
| 5 | 2/18/2000 | 20 | 2 | 9 |
| 6 | 12/1/2000 | 20 | 1 | 19 |
| 7 | 9/20/2001 | 15 | 1 | 14 |
| 8 | 12/3/2001 | 20 | 1 | 19 |
| 9 | 7/23/2002 | 22 | 1 | 21 |
| Total Odds Ratio | | | | 18,956,063,070 |