UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jan 28, 2008

| | | |
|---|---|---|
| IN RE LEHMAN BROTHERS HOLDINGS, INC. DERIVATIVE LITIGATION | x : : : : : : : : x | 07 Civ. 2990 (DAB)<br><br>**Electronically Filed** |

### [PROPOSED] ORDER ON MOTION TO JOIN THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL NO. 38 PENSION FUND AS A PLAINTIFF

Having considered the motion by Lead Plaintiffs Robert L. Garber ("Garber") and Saginaw Police and Fire Pension Board ("Saginaw"), and the International Brotherhood of Electric Workers Local No. 38 Pension Fund ("IBEW") to join IBEW as an additional Plaintiff, and the memorandum in support thereof, and no party having come forward to oppose the motion, this Court grants the motion and orders that the International Brotherhood of Electrical Workers Local No. 38 Pension Fund is hereby joined as a named plaintiff in this case.

IT IS SO ORDERED

Dated: January 28, 2008

_Deborah A. Batts_
THE HONORABLE DEBORAH A. BATTS,
UNITED STATES DISTRICT JUDGE