John M. Callagy
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178
Telephone: (212) 808-7800
Facsimile:  (212) 808-7897
E-mail:     jcallagy@kelleydrye.com

*Counsel for Defendants Richard S. Fuld, Jr., Michael L. Ainslie, John F. Akers, Roger S. Berlind, Thomas H. Cruikshank, Marsha Johnson Evans, Sir Christopher Gent, Roland A. Hernandez, John D. Macomber, Jeremy Isaacs, Bradley H. Jack, Henry Kaufman, Michael F. McKeever, Dina Merrill, Jeffrey Vanderbeek, Jonathan Beyman, John L. Cecil, David Goldfarb, Joseph M. Gregory, Christopher O'Meara, and Thomas A. Russo*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LEHMAN BROTHERS HOLDINGS, INC. DERIVATIVE LITIGATION | ECF Case<br><br>Case No. 07 Civ. 2990 (DAB)<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that, effective immediately, the law firm of Kelley Drye & Warren LLP and John M. Callagy, a member of the firm, admitted to practice in this District and a member in good standing of this Court, will be representing and appearing on behalf of Defendants Richard S. Fuld, Jr., Michael L. Ainslie, John F. Akers, Roger S. Berlind, Thomas H. Cruikshank, Marsha Johnson Evans, Sir Christopher Gent, Roland A. Hernandez, John D. Macomber, Jeremy Isaacs, Bradley H. Jack, Henry Kaufman, Michael F. McKeever,

NY01 FI ANS 1269054.1

Dina Merrill, Jeffrey Vanderbeek, Jonathan Beyman, John L. Cecil, David Goldfarb, Joseph M. Gregory, Christopher O'Meara, and Thomas A. Russo (collectively, the "Individual Defendants"). Service of all pleadings, papers, and documents required to be served in this action should also be served on the Individual Defendants through counsel as follows:

> John M. Callagy
> Kelley Drye & Warren LLP
> 101 Park Avenue
> New York, NY 10178
> Telephone: (212) 808-7800
> Facsimile: (212) 808-7897
> E-mail: jcallagy@kelleydrye.com

Dated: February 25, 2008

Respectfully submitted,

KELLEY DRYE & WARREN LLP

By: _____/s/John M. Callagy_____
    John M. Callagy
    101 Park Avenue
    New York, NY 10178
    Telephone: (212) 808-7800
    Facsimile: (212) 808-7897
    E-mail: jcallagy@kelleydrye.com

*Counsel for the Individual Defendants*