UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE LEHMAN BROTHERS HOLDINGS, INC. DERIVATIVE LITIGATION

ECF Case

Case No. 07 Civ. 2990 (DAB)

**CERTIFICATE OF SERVICE**

I hereby certify that on February 25, 2008, a copy of the foregoing Notice of Appearance as Counsel on Behalf of Individual Defendants Richard S. Fuld, Jr., Michael L. Ainslie, John F. Akers, Roger S. Berlind, Thomas H. Cruikshank, Marsha Johnson Evans, Sir Christopher Gent, Roland A. Hernandez, John D. Macomber, Jeremy Isaacs, Bradley H. Jack, Henry Kaufman, Michael F. McKeever, Dina Merrill, Jeffrey Vanderbeek, Jonathan Beyman, John L. Cecil, David Goldfarb, Joseph M. Gregory, Christopher O'Meara, and Thomas A. Russo was filed electronically. Parties may access this filing through the Court's CM/ECF System.

KELLEY DRYE & WARREN LLP

By: _____/s/ John M. Callagy_____
John M. Callagy
101 Park Avenue
New York, NY 10178
Telephone: (212) 808-7800
Facsimile: (212) 808-7897
E-mail: jcallagy@kelleydrye.com

*Counsel for the Individual Defendants*

NY01/FLANS/1269054.1