UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LEHMAN BROTHERS HOLDINGS, INC. DERIVATIVE LITIGATION | ECF Case<br><br>Case No. 07 Civ. 2990 (DAB)<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on February 25, 2008, a copy of the foregoing Notice of Appearance as counsel on behalf of Defendants Richard S. Fuld, Jr., Michael L. Ainslie, John F. Akers, Roger S. Berlind, Thomas H. Cruikshank, Marsha Johnson Evans, Sir Christopher Gent, Roland A. Hernandez, John D. Macomber, Jeremy Isaacs, Bradley H. Jack, Henry Kaufman, Michael F. McKeever, Dina Merrill, Jeffrey Vanderbeek, Jonathan Beyman, John L. Cecil, David Goldfarb, Joseph M. Gregory, Christopher O'Meara, and Thomas A. Russo was filed electronically. Parties may access this filing through the Court's CM/ECF System.

KELLEY DRYE & WARREN LLP

By: _____/s/ Christine S. Poscablo_____
　　　Christine S. Poscablo
　　　101 Park Avenue
　　　New York, NY 10178
　　　Telephone: (212) 808-7800
　　　Facsimile:  (212) 808-7897
　　　E-mail:     csposcablo@kelleydrye.com

*Counsel for the Individual Defendants*

NY01-FL ANS 1269049.1