UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LEHMAN BROTHERS HOLDINGS, INC. DERIVATIVE LITIGATION | ECF Case<br><br>Case No. 07 Civ. 2990 (DAB)<br><br>**CERTIFICATE OF SERVICE** |

        I hereby certify that on February 25, 2008, a copy of the foregoing Notice of Appearance as counsel on behalf of Defendants Richard S. Fuld, Jr., Michael L. Ainslie, John F. Akers, Roger S. Berlind, Thomas H. Cruikshank, Marsha Johnson Evans, Sir Christopher Gent, Roland A. Hernandez, John D. Macomber, Jeremy Isaacs, Bradley H. Jack, Henry Kaufman, Michael F. McKeever, Dina Merrill, Jeffrey Vanderbeek, Jonathan Beyman, John L. Cecil, David Goldfarb, Joseph M. Gregory, Christopher O'Meara, and Thomas A. Russo was filed electronically. Parties may access this filing through the Court's CM/ECF System.

        KELLEY DRYE & WARREN LLP

        By: /s/ Robert W. Schumacher III
        Robert W. Schumacher III
        101 Park Avenue
        New York, NY 10178
        Telephone: (212) 808-7800
        Facsimile: (212) 808-7897
        E-mail: rschumacher@kelleydrye.com

        *Counsel for the Individual Defendants*