# KELLEY DRYE & WARREN LLP

A LIMITED LIABILITY PARTNERSHIP

101 PARK AVENUE

NEW YORK, NEW YORK 10178

WASHINGTON, DC
TYSONS CORNER, VA
CHICAGO, IL
STAMFORD, CT
PARSIPPANY, NJ

BRUSSELS, BELGIUM

AFFILIATE OFFICES
MUMBAI, INDIA

(212) 808-7800

FACSIMILE
(212) 808-7897
www.kelleydrye.com

JOHN M. CALLAGY
DIRECT LINE (212) 808-7718
E-MAIL jcallagy@kelleydrye.com




February 28, 2008

By Hand

Hon. Deborah A. Batts
United States District Court Judge
Southern District of New York
500 Pearl Street, Room 2510
New York, New York 10007

Re: *In re Lehman Brothers Holdings, Inc.,
Derivative Litigation*, 07-Civ-2990 (DAB)

Dear Judge Batts:

We represent Individual Defendants Richard S. Fuld, Jr., Michael L. Ainslie, John F. Akers, Roger S. Berlind, Thomas H. Cruikshank, Marsha Johnson Evans, Sir Christopher Gent, Roland A. Hernandez, John D. Macomber, Jeremy Isaacs, Bradley H. Jack, Henry Kaufman, Michael F. McKeever, Dina Merrill, Jeffrey Vanderbeek, Jonathan Beyman, John L. Cecil, David Goldfarb, Joseph M. Gregory, Christopher O'Meara, and Thomas A. Russo (collectively, the "Individual Defendants") in the above referenced action and write to respectfully request a 10-page extension of the 25-page limit for the Memorandum of Law in Support of the Individual Defendants' Motion to Dismiss the Verified Consolidated Shareholder Derivative Complaint that is scheduled to be filed on Tuesday March 4, 2008.

GRANTED
/DAB/

In order for the twenty-one (21) Individual Defendants to adequately address all of the claims contained in the 143 paragraph complaint filed by Plaintiffs, it is necessary for the Individual Defendants to submit a memorandum of law in support of their motion to dismiss not exceeding 35-pages, including a chart which the Individual Defendants believe will assist the Court in assessing Plaintiffs' claims against the Individual Defendants. Notwithstanding the Individual Defendants attempt to be concise, the sheer number of Individual Defendants coupled with the various arguments the Individual Defendants must address require slightly more written space than is allowed under the rules.

NY01/FLANS/1269763.2

Hon. Deborah A. Batts
February 28, 2008
Page Two

KELLEY DRYE & WARREN LLP

      Thus, the Individual Defendants respectfully request Your Honor's permission to submit a memo of law in support of their motion to dismiss, not to exceed 35-pages.

      Thank you for your consideration of this request.

Respectfully submitted,

John M. Callagy

JMC/sf

cc:   Beth A. Kaswan, Esq. (via facsimile and U.S. Mail)
      David R. Scott, Esq. (via facsimile and U.S. Mail)
      Geoffrey M. Johnson, Esq. (via facsimile and U.S. Mail)
      Brian J. Robbins, Esq. (via facsimile and U.S. Mail)
      Michael J. Chepiga, Esq. (via facsimile and U.S. Mail)

**SO ORDERED**

Deborah A. Batts
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE
29 Feb 2008

NY01/FLANS/1269763.2