## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

```
-----------------------------------------------------------x
                                              :
                                              :
IN RE LEHMAN BROTHERS HOLDINGS, INC.    :   Case No.:  07-CV-2990 (DAB/HBP)
DERIVATIVE LITIGATION                         :   ECF Case
                                              :
                                              :
-----------------------------------------------------------x
```

## NOTICE OF NOMINAL DEFENDANT'S MOTION TO DISMISS THE
## VERIFIED CONSOLIDATED SHAREHOLDER DERIVATIVE COMPLAINT

**PLEASE TAKE NOTICE THAT,** upon the annexed Declaration of James G. Gamble, dated March 4, 2008, and the exhibits provided therewith and the accompanying Memorandum of Law, dated March 4, 2008, Nominal Defendant Lehman Brothers Holdings, Inc. hereby moves this Court to dismiss the Verified Consolidated Shareholder Derivative Complaint for failure to comply with Federal Rule of Civil Procedure 23.1.

Dated: New York, New York
       March 4, 2008

SIMPSON THACHER & BARTLETT LLP

By:  _Michael J. Chepiga_

Michael J. Chepiga
James G. Gamble
Eric M. Albert
Amanda G. Motsinger

425 Lexington Avenue
New York, New York 10017-3954
Telephone: (212) 455-2000
Facsimile: (212) 455-2502
E-mail: mchepiga@stblaw.com

*Attorneys for Nominal Defendant*
*Lehman Brothers Holdings, Inc.*