UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
:
:
IN RE LEHMAN BROTHERS HOLDINGS, INC.  :  Case No.: 07-CV-2990 (DAB/HBP)
DERIVATIVE LITIGATION                 :  ECF Case
:
:
------------------------------------------------------------x

### DECLARATION OF JAMES G. GAMBLE

1.  I am an attorney and member of the law firm of Simpson Thacher & Bartlett LLP, counsel for Nominal Defendant Lehman Brothers Holdings, Inc. ("Lehman") in the above-captioned action. I am fully familiar with the matters stated herein based on personal knowledge or review of files in the possession of my firm. I submit this Declaration in support of Lehman's Motion to Dismiss Plaintiffs' Verified Consolidated Shareholder Derivative Complaint.

2.  Attached hereto as Exhibit A is a true and correct copy of Lehman's 1994 Management Ownership Plan, which was attached as an exhibit to Lehman's Form 10-K for the fiscal year ended November 30, 2002, filed with the United States Securities and Exchange Commission on February 28, 2003.

3.  Attached hereto as Exhibit B is a true and correct copy of the Verified Complaint in *Bader v. Ainslie, et al.*, 06-CV-5884 (S.D.N.Y.) (the "*Bader* Action"), filed August 3, 2006.

4.  Attached hereto as Exhibit C is a true and correct copy of the Stipulation and Agreement of Settlement in the *Bader* Action, dated January 10, 2007.

2

5. Attached hereto as Exhibit D is a true and correct copy of the Notice of Proposed Settlement of Stockholder Derivative Action and Settlement Hearing in the *Bader* Action, dated February 9, 2007.

6. Attached hereto as Exhibit E is a true and correct copy of the Final Order Approving Settlement in the *Bader* Action, dated April 7, 2007.

Dated: New York, New York
       March 4, 2008

_____
James G. Gamble