John M. Callagy
Don D. Buchwald
Robert W. Schumacher
Christine S. Poscablo
KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, New York 10178
Telephone: (212) 808-7800
Facsimile: (212) 808-7897

Attorneys for Individual Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| IN RE LEHMAN BROTHERS HOLDINGS, INC. DERIVATIVE LITIGATION | ECF Case<br>Case No. 07-cv-2990 (DAB)<br><br>**NOTICE OF INDIVIDUAL DEFENDANTS' MOTION TO DISMISS** |
|---|---|

**PLEASE TAKE NOTICE** that, upon the annexed Declaration of John M. Callagy, dated March 4, 2008, and the exhibit annexed thereto, and accompanying Memorandum of Law, and the pleadings herein, Defendants Richard S. Fuld, Jr., Michael L. Ainslie, John F. Akers, Roger S. Berlind, Thomas H. Cruikshank, Marsha Johnson Evans, Sir Christopher Gent, Roland A. Hernandez, John D. Macomber, Jeremy Isaacs, Bradley H. Jack, Henry Kaufman, Michael F. McKeever, Dina Merrill, Jeffrey Vanderbeek, Jonathan Beyman, John L. Cecil, David Goldfarb, Joseph M. Gregory, Christopher O'Meara, and Thomas A. Russo (collectively, the "Individual Defendants"), by their counsel, Kelley Drye & Warren LLP, will move this Court before the Honorable Deborah A. Batts, at the United States Courthouse, 500 Pearl Street, Courtroom 24B, New York, New York, on a date and time to be determined by the Court, for an order pursuant to Federal Rule of Civil Procedure 12, granting the Individual Defendants their motion to dismiss

Plaintiffs' Verified Consolidated Shareholder Derivative Complaint, and awarding the Individual Defendants such other, further, and different relief as this Court deems to be just and proper.

DATED: New York, New York
March 4, 2008

Respectfully submitted,

KELLEY DRYE & WARREN LLP

By:    s/John M. Callagy
John M. Callagy
Don D. Buchwald
Robert W. Schumacher
Christine S. Poscablo
101 Park Avenue
New York, New York 10178
Telephone: (212) 808-7800
Facsimile: (212) 808-7897

*Attorneys for Individual Defendants*

To:

| Beth A. Kaswan, Esq.<br>Scott + Scott, LLP<br>29 West 57th Street<br>New York, NY 10019<br>(212) 223-6444<br><br>David R. Scott, Esq.<br>Scott + Scott, LLP<br>108 Norwich Avenue<br>P.O. Box 192<br>Colchester, CT 06415<br>(860) 537-5537<br><br>Geoffrey M. Johnson, Esq.<br>Scott + Scott, LLP<br>12434 Cedar Road, Suite 12<br>Cleveland Heights, OH 44106<br>(216) 229-6088<br><br>Brian J. Robbins, Esq.<br>Robbins, Umeda & Fink, LLP<br>610 West Ash Street, Ste. 1800<br>San Diego, CA 92101<br>(619) 525-3990<br><br>*Attorneys for Plaintiffs* | Michael J. Chepiga, Esq.<br>Simpson Thacher & Bartlett LLP<br>425 Lexington Avenue<br>New York, NY 10017<br><br>*Attorneys for Nominal Defendant Lehman Brothers Holdings Inc.* |