John M. Callagy
Don D. Buchwald
Robert W. Schumacher
Christine S. Poscablo
KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, New York 10178
Telephone: (212) 808-7800
Facsimile: (212) 808-7897

Attorneys for Individual Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LEHMAN BROTHERS HOLDINGS, INC. DERIVATIVE LITIGATION | ECF Case<br>Case No. 07-cv-2990 (DAB)<br><br>**DECLARATION OF JOHN M. CALLAGY IN SUPPORT OF INDIVIDUAL DEFENDANTS' MOTION TO DISMISS** |

I, John M. Callagy, hereby declare, pursuant to 28 U.S.C. § 1746 that:

1. I am an attorney admitted to practice in the State of New York and before this Court and am a member of the law firm of Kelley Drye & Warren LLP, attorneys for Defendants Richard S. Fuld, Jr., Michael L. Ainslie, John F. Akers, Roger S. Berlind, Thomas H. Cruikshank, Marsha Johnson Evans, Sir Christopher Gent, Roland A. Hernandez, John D. Macomber, Jeremy Isaacs, Bradley H. Jack, Henry Kaufman, Michael F. McKeever, Dina Merrill, Jeffrey Vanderbeek, Jonathan Beyman, John L. Cecil, David Goldfarb, Joseph M. Gregory, Christopher O'Meara, and Thomas A. Russo (collectively, the "Individual Defendants"). I make this declaration in support of Individual Defendants' Motion to Dismiss the Verified Consolidated Shareholder Derivative Complaint.

2.   Attached hereto as Exhibit 1 is a true and correct copy of the Restated Certificate of Incorporation of Lehman Brothers Holdings Inc., dated October 10, 2006.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 4, 2008

_____s/ John M. Callagy_____<br>
John M. Callagy