John M. Callagy
Don D. Buchwald
Robert W. Schumacher
Christine S. Poscablo
KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, New York 10178
Telephone:  (212) 808-7800
Facsimile:   (212) 808-7897

Attorneys for Individual Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LEHMAN BROTHERS HOLDINGS, INC. DERIVATIVE LITIGATION | ECF Case<br><br>Case No. 07-cv-2990  (DAB)<br><br>**CERTIFICATE OF SERVICE** |

The undersigned attorney hereby certifies that on the 4th day of March 2008, a copy of the foregoing Notice of Individual Defendants' Motion to Dismiss; Declaration of John M. Callagy in Support of Individual Defendants' Motion to Dismiss; and Memorandum of Law in Support of Individual Defendants' Motion to Dismiss the Verified Consolidated Shareholder Derivative Complaint was filed and served electronically on all counsel of record by operation of the Court's electronic filing system.  Parties may access this filing through the Court's CM/ECF System.

Dated: March 4, 2008
       New York, New York

                                            _____ s/ Christine S. Poscablo_____
                                            Christine S. Poscablo