

MEMO ENDORSE



March 12, 2008

Via Overnight Delivery

Hon. Deborah A. Batts
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 2510
New York, New York 10007

MEMO ENDORS

    Re:    In re Lehman Brothers Holdings, Inc. Derivative Litigation
            USDC, SD NY, 07 Civ. 2990 (DAB)

Dear Judge Batts:

    I write pursuant to Rules I.A. and I.E of Your Honor's Individual Practices to request an extension to the due dates for filing of Responses to the two sets of Defendants' Motions to Dismiss. Plaintiffs' Responses are due on March 21, 2008. Plaintiffs respectfully request a 30 day extension for filing the Responses, making the Responses due on April 21, 2008. The request is made as a result of the complexity of the issues, and the length of the two legal memoranda to which Plaintiffs must respond. We would also ask the Court to provide Defendants with a 21 day extension for filing their Replies in Further Support of the Motions to Dismiss, making their Replies due on May 21, 2008. This is Plaintiffs' first request for an extension to the due date for filing their Responses to the Motions to Dismiss. Plaintiffs have conferred with Defendants on the issue, and Defendants have consented to the proposed extension to the due dates for filing the Responses and Replies.

] GRANTED /DAB/

Respectfully submitted,

Beth A. Kaswan

BK/as

cc:    James Gamble
       John M. Callagy

**SO ORDERED**

*Deborah A. Batts*

DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE

24 MAR 08

ATTORNEYS AT LAW    NEW YORK    SCOTT + SCOTT, LLP    212 223-6444 VOICE
                            CONNECTICUT    29 WEST 57TH STREET    212 223-6334 FAX
                            OHIO                  NEW YORK, NY 10019    SCOTTLAW@SCOTT-SCOTT.COM
                            CALIFORNIA                                        WWW.SCOTT-SCOTT.COM