UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| IN RE LEHMAN BROTHERS HOLDINGS, INC. DERIVATIVE LITIGATION | x : : : : : : : x | 07 Civ. 2990 (DAB)<br><br>**Electronically Filed** |

### CERTIFICATE OF SERVICE

I hereby certify that on April 21, 2008, the following document was filed electronically: Declaration Of Beth A. Kaswan In Opposition To Defendants' Motions To Dismiss.

Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

S/_____
Beth A. Kaswan
SCOTT + SCOTT, LLP
29 West 57th Street, 14th Floor
New York, NY 10019
Telephone: 212/223-6444
Facsimile: 212/223-6334
bkaswan@scott-scott.com

1